# ROSS AMSEL RABEN
## NASCIMENTO

ALAN S. ROSS (1950 - 2018)
ROBERT G. AMSEL
DAVID RABEN
JOSEPH E. NASCIMENTO

WWW.CRIMLAWFIRM.COM

2250 S.W. 3RD AVE. | 4TH FLOOR
MIAMI, FLORIDA 33129
PHONE: 305-858-9550
FAX: 305-858-7491

December 4, 2025

By ECF and E-Mail

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Michael S. Jeffries, et. al.
                Criminal Docket No. 24-423 (NJC)(SLT)

Dear Judge Choudhury:

      We write on behalf of the parties in the above captioned matter to respectfully provide a status update in advance of the status conference scheduled for December 11, 2025 at 11:30 a.m.

      As detailed in the parties' August 11, 2025 letter (ECF Dkt. No. 66), since this case was indicted in October 2024, the government has produced extensive discovery to the defendants. Additionally, the government produced a substantial amount of material pursuant to Title 18, United States Code, Section 3500. Although the investigation remains ongoing, the government has produced the majority of the Rule 16 discovery and 3500 Material in its possession, and it does not anticipate further substantial productions.

      On July 21, 2025, pursuant to Title 18, Untied States Code, Section 4241(d) and consistent with this Court's May 2, 2025 order (ECF Dkt. No. 63), Defendant Jeffries was admitted to the Mental Health Unit of FMC-Butner. On November 21, 2025 Mr. Jeffries was discharged from FMC-Butner, and the parties have been

advised that a final report should be submitted on or about December 9, 2025. Thus, the parties and the Court should have substantially more information about Mr. Jeffries' competence prior to the status conference. The parties anticipate proposing a schedule for motions and trial once Defendant Jeffries' competency is resolved.

This Court previously ordered, pursuant to Title 18, United States Code, Section 3161(h)(4), that any time delay caused by a continuance is automatically excluded from the Speedy Trial Act calculations as to Defendant Jeffries because the Court has determined that he is mentally incompetent to stand trial. Further, this Court has excluded the time under the Speedy Trial Act for Defendants Smith and Jacobson under Title 18, United States Code, Section 3161(h)(6) because they are joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted, as well as under Title 18, United States Code, Section 3161(h)(7)(A) in order to grant the defendants the time needed to review the voluminous discovery and 3500 material.

In the Court's August 13, 2025 paperless order, it adjourned the *telephone status conference* to December 11, 2025. The Defendants and their counsel seek clarity by jointly requesting leave of court to appear at the December 11, 2025 status conference by telephone. The defendants remain on pretrial release, with home detention and electronic monitoring. They have complied with the conditions of their release and waive their right to appear before this Court in-person and would participate via telephone with the assistance of their counsel.

We have conferred with counsel for the Government, and they have indicated that the Government takes no position on the Defendants' request to appear via telephone and defer to this Court's discretion.

We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we remain available at the Court's convenience.

Respectfully Submitted,

Joe Nascimento, Esq.
David Raben, Esq.
Counsel for Matthew Smith

cc: Counsel of Record (by ECF)